# EXHIBIT A

## Case Information

### RAMSAY VS Chime Financial, Inc.

23-M-44032

Location
**Gwinnett County - Magistrate Court**

Case Category
**Civil**

Case Type
**Statement of Claim***

Case Filed Date
**10/31/2023**

Case Status
**Open (Pending)**

## Parties [2]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | TAMARA RAMSAY | | CHELSEA R FEAGLE, CLIFF R DORSEN, JAMES M FEAGLE, JUSTIN T HOLCOMBE, KRIS SKAAR |
| Defendant | Chime Financial, Inc. | | |

## Events [3]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 10/31/2023 | Filing | Statement of Claim | Statement of Claim | Ramsay v Chime Financial_Notarized SOC.pdf |
| 11/14/2023 | Filing | Sheriff/Marshall's Service | | Sheriffs Entry of Service.pdf |
| 11/27/2023 | Filing | Sheriff/Marshall's Service | Sheriff's Entry of Service | Ramsay v Chime Financial_Exec EOS.pdf |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.10.0.88


EMPOWERED BY
TYLER TECHNOLOGIES

E-FILED IN OFFICE MM
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
23-M-44032
10/31/2023 12:17 PM
TIANA P. GARNER, CLERK

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770.822.8100, Ext. Civil Division)

**TAMARA RAMSAY**
c/o Skaar & Feagle, LLP
2374 Main Street, Suite B, Tucker, GA 30084
Plaintiff(s)

vs.

**CHIME FINANCIAL, INC.**
c/o registered agent: Vcorp Agent Services, Inc.
289 S Culver Street, Lawrenceville, GA 30046
Defendant(s)

Telephone (Daytime number if known, otherwise, evening number)

Civil Action No. **23-M-44032**

INFO & FORMS ON INTERNET
www.gwinnettcourts.com

## STATEMENT OF CLAIM

[ ] Suit on Note   [ ] Suit on Account   [X] Other **federal statutory violation**

1. The Court has jurisdiction over the defendant(s) [ ] the Defendant(s) is a resident of Gwinnett County; [X] Other (please specify)
**Defendant is a business entity with its registered agent for the State of Georgia located in Gwinnett County.**

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows: (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim)

**Plaintiff brings this action against the Defendant for violations of the federal Electronic Funds Transfer Act, 15 U.S.C. § 1693 et seq. and against the Defendant for violations of Georgia's Fair Business Practices Act, OCGA § 10-1-390 et seq.**

3. That said claim is in the amount of: $ **14,500.00** principal, $ _____ interest, plus $ **TBD** costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:

**Cliff R. Dorsen** being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

**31st** day of **Oct** 20**23**

LAURA GRAY
Notary Public, Georgia
Gwinnett County
My Commission Expires
August 30, 2026

Notary Public/Attesting Official

Plaintiff or Agent
**Attorney for Plaintiff**
(If Agent -- Title or Capacity)
Day Time Phone Number **(404) 373-1970**

I request a civil trial [ ] during normal business hours - OR - [ ] 6:30 PM, evening trials. ALL CONFLICTS ARE SCHEDULED FOR 6:30 PM.

### NOTICE AND SUMMONS

TO: All Defendant(s)

You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

Filed this **10/31/2023** day of _____ 20___

Magistrate or Deputy Clerk of Court

See Instructions on Reverse Side of This of this Document

Q:\Magforms\MAG 10 Civil Filing\Statement Of Claims Mag.10-01    White--MAGISTRATE   Yellow--DEFENDANT   Pink--PLAINTIFF    Aug 10

Civil Action No. __23-m-44032__

Date Filed __10/31/23__

Magistrate Court ☒
Superior Court ☐
State Court ☐

Georgia, Gwinnett County

__Tamara Ramsay__

Plaintiff

VS.

__Chime Financial, Inc.__

Defendant

Attorney's Address

Clibb Dorsen
Skaar & Feagle, LLP
2374 Main Street, Suite B
Tucker, GA 30084

Name and Address of party to be served.

Chime Financial, Inc.
c/o registered agent, VCorp Agent Services, Inc.
289 S. Culver Street
Lawrenceville, GA 30046

FILED IN OFFICE
CLERK MAGISTRATE COURT
GWINNETT COUNTY, GA
2023 NOV 14 AM 8:12
TIANA P. GARNER, CLERK

Garnishee

## Sheriff's Entry Of Service

**Personal ☐** — I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious ☐** — I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation ☒** — Served the defendant __Chime Financial Inc__ a corporation
by leaving a copy of the within action and summons with __Jane Richardson__
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail ☐** — I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est ☐** — Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This __9__ day of __Nov__, 20__23__.

_____ 50300
Deputy

Sheriff Docket _____ Page _____

Gwinnett County, Georgia

WHITE: Clerk      CANARY: Plaintiff / Attorney      PINK: Defendant

SC-2 Rev.3.13

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:** 23036552

**Person Served:** Chime Financial, Inc.
c/o registered agent: Vcorp Agent Services, Inc.
289 S Culver Street
Lawrenceville GA 30046
PHONE:

## Process Information:

| | |
|---|---|
| **Date Received:** | 11/08/2023 |
| **Assigned Zone:** | 289 S. Culver |
| **Expiration Date:** | |
| **Paper Types:** | STATEMENT OF CLAIM & NOTICE AND SUMMONS |
| **Notes/Alerts:** | |

**Court Case #:** 23-M-44032
**Hearing Date:**

## Notes:

E-FILED IN OFFICE SJ
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
23-M-44032
11/27/2023 12:38 PM
TIANA P. GARNER, CLERK

Civil Action No. __23-M-44032__

Date Filed __10/31/23__

Magistrate Court ☒
Superior Court ☐
State Court ☐

Georgia, **Gwinnett County**

__Tamara Ramsey_____

**Plaintiff**

VS.

__Chime Financial, Inc._____

**Defendant**

Attorney's Address

Clifford Dorsen
Skaar & Feagle, LLP
2374 Main Street, Suite B
Tucker, GA 30084

Name and Address of party to be served.

Chime Financial, Inc.
c/o registered agent, VCorp Agent Services, Inc.
289 S. Culver Street
Lawrenceville, GA 30046

**Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches; domiciled at *the* residence of defendant.

**Corporation** ☒ Served the defendant __Chime Financial Inc__ a corporation by leaving a copy of the within action and summons with __Jane Richardson__ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ *I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.*

**Non Est** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __9__ day of __Nov__, 20__23__.

_____ 50300
Deputy
**Gwinnett County, Georgia**

Sheriff Docket _____ Page _____

WHITE: Clerk     CANARY: Plaintiff / Attorney     PINK: Defendant

SC-2 Rev.3.13